## Krabill, Laura E. (Phila)

| | |
|---|---|
| **From:** | Nicholas Joseph <nicholasjoseph@quinnemanuel.com> |
| **Sent:** | Wednesday, August 01, 2012 4:50 PM |
| **To:** | Hooper, Ross; Adam Abensohn |
| **Cc:** | Krabill, Laura E. (Phila); 'Alexander Bakal'; Jarrett Behar; Krabill, Laura E. (Phila); Eric Heichel; David Visher; David Ittah; Christensen, Dale |
| **Subject:** | RE: Wells Fargo Bank, N.A. v. ESM Fund I, LP et al, Case No.10-cv-7332 |

Ross --  Yes.  We are aware of the letter.

-----Original Message-----
From: Hooper, Ross [mailto:hooper@sewkis.com]
Sent: Wednesday, August 01, 2012 4:46 PM
To: Adam Abensohn
Cc: Nicholas Joseph; Laura Krabill; 'Alexander Bakal'; Jarrett Behar; Laura Krabill; Eric Heichel; David Visher; David Ittah; Christensen, Dale
Subject: Wells Fargo Bank, N.A. v. ESM Fund I, LP et al, Case No.10-cv-7332

Adam:

Our client received the attached letter earlier today, in which your client has proposed settlement discussions regarding the interpleader action and requested that the Trust Administrator distribute the letter to all holders and the DTC.  We wanted to confirm that you as their counsel were aware of the letter.  I would appreciate it if you could get back to me today.

Regards,

Ross

-------------------------------------------------------------------------
Ross Hooper


 Tel: (212) 574-1507
 Email: mailto:{Message

Sender}
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, NY 10004
Fax: (212) 480-8421
Web: http://www.sewkis.com/
-------------------------------------------------------------------------
Confidentiality Notice: This e-mail is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. If you have received this e-mail in error, please notify Seward & Kissel LLP by return e-mail and destroy the original message and all copies thereof.

Circular 230 Notice: To ensure compliance with Treasury regulations regarding practice before the IRS, we inform you that, unless expressly stated otherwise, any federal tax advice contained in this communication was not intended or

written to be used, and cannot be used, by any taxpayer for the purpose of (i) avoiding penalties that may be imposed on the taxpayer under United States federal tax law, or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.