**Krabill, Laura E. (Phila)**

| | |
|---|---|
| **From:** | Nicholas Joseph <nicholasjoseph@quinnemanuel.com> |
| **Sent:** | Thursday, August 02, 2012 7:04 PM |
| **To:** | Krabill, Laura E. (Phila) |
| **Subject:** | Wells Fargo Bank, N.A. v. ESM Fund I, LP et al, Case No.10-cv-7332 |

Laura – I've been tied up all day.  Could we speak at 11:30 am tomorrow?

1