```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
FIONA SCHAER ET AL.,
                                     :
              Plaintiffs,                      ORDER
                                     :
         -against-                         09 cv 07441 (RA) (MHD)
                                     :
JEFFREY F. ROSE ET AL.,
                                     :
              Defendants.
                                     :
------------------------------------x
```

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

It is hereby **ORDERED** that the settlement conference previously scheduled for Friday, September 28, 2012, at 2:00 P.M., in the above-captioned matter has been rescheduled for **THURSDAY, NOVEMBER 8, 2012, at 2:00 P.M.,** at which time you are directed to appear in **Courtroom 17D**, 500 Pearl Street, New York, New York 10007-1312. Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.

The parties are to take note of the following requirements for settlement conferences before the undersigned:

1. The parties are **expected to have spoken with each other**

**about their respective settlement positions** prior to the settlement conference.

2. The parties are directed to bring with them any documents (including any deposition transcripts) that they consider pertinent to their position on the settlement value of the case.

3. Clients are expected to either attend the conference or be available via telephone during the conference.

Dated: New York, New York
       October 3, 2012

SO ORDERED.

_____
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been sent today to:

Eugene Cunningham, Esq.,
28 Clifton Street
Saratoga Springs, NY 12866
Fax: (866)404-9490


James Anthony Fauci, Esq.
Fauci & Kupferman, PLLC
30 Remsen Street
Ballston Spa, NY 12020
Fax: (518)885-5298


Thomas Charles Lambert, Esq.
Kossoff & Unger
217 Braodway, Suite 401
New York, NY 10007
Fax: (212)697-7917


Matthew Joseph Modafferi, Esq.
New York City Law Department
100 Church Street
New York, NY 10007
Fax: (212)788-9776