UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
WELLS FARGO BANK, N.A.,                :

                  Plaintiff,           :        **ORDER**

            -against-                  :   **10 Civ. 7332 (LBS) (MHD)**

ESM FUND 1, LLP, <u>et al.</u>              :

                  Defendants.          :
------------------------------------x

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

          It is hereby **ORDERED** that oral argument in the above-

captioned action on the motion to limit or monitor communications

filed by defendants ESM Fund 1, LLP; ESM Management LLC; Compass

Offshore SAV PCC Ltd.; and Compass SAV LLC has been rescheduled

for **TUESDAY, DECEMBER 4, 2012, at 11:00 A.M.**, at which time you

are directed to appear in **Courtroom 17D**, 500 Pearl Street, New

York, New York 10007-1312. Any requests for adjournment of this

scheduled argument must be in writing, with copies to all other

parties, and must be preceded by reasonable efforts by the

requesting party to obtain the consent of those parties.

DATED:  New York, New York
        November 8, 2012

                              SO ORDERED.

                              _____
                              MICHAEL H. DOLINGER
                              UNITED STATES MAGISTRATE JUDGE


Copies of the foregoing Order have been sent today to:

Dale Christian Christensen, Jr., Esq.
Thomas Ross Hooper, Esq.
Fax: (212) 480-8421

Laura E. Krabill, Esq.
Fax: (215) 864-9756

M. Norman Goldberger, Esq.
Fax: (215) 864-9482

Jarrett Michael Behar, Esq.
Fax: (212) 672-1191

Mr. David Visher
28808 Cliffside Drive
Malibu, CA 90265


Mr. Alexander Bakal
34 Leonard Street
5A
New York, NY 10013
Fax: (646) 349-3723

Mr. Jean David Ittah
1500 Locust Street
Apt. 4213
Philadelphia, PA 19102

Philippe Zuard Selendy,
Esq.
Fax: (212) 849-7100

Eric P. Heichel, Esq.
Fax: (212)355-4608