UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WELLS FARGO BANK, N.A.<br><br>      Interpleader Plaintiff,<br><br>  v.<br><br>ESM FUND I, LP, et al.,<br><br>      Defendants. | 10-CV-7332 (AJN) (MHD)<br><br>NOTICE OF INTERPLEADER DEFENDANTS ESM FUND I, LP, COMPASS SAV LLC, COMPASS OFFSHORE SAV PCC LTD., AND ESM MANAGEMENT LLC'S MOTION FOR SUPPLEMENTAL ATTORNEYS' FEES<br><br>ORAL ARGUMENT IS NOT REQUESTED |

       PLEASE TAKE NOTICE that, pursuant to the Court's December 13, 2011 Order and Judgment granting the Motion for Attorneys' Fees filed by ESM Fund I, LP, Compass SAV LLLC, Compass Offshore SAV PCC Ltd., and ESM Management LLC (the "ESM Parties") and expressly providing that the ESM Parties "may seek reimbursement for fees and expenses incurred after August 31, 2011 after entry of this Order," and the December 5, 2012 ruling of the Second Circuit affirming this Court's Order and Judgment, upon the accompanying Memorandum of Law and annexed Declaration of Laura E. Krabill, Esq. and the supporting documentation attached as exhibits thereto, the ESM Parties hereby move for an order granting them their additional attorneys' fees and costs for this action incurred after August 31, 2011, to be paid by Wells Fargo Bank, N.A. ("Wells Fargo"), solely in its capacity as Trust Administrator for the MASTR Adjustable Rate Mortgages Trust 2006-OA2 (the "Trust"), solely "from the amounts due to the uninsured certificateholders as a result of the reversal of the $7,199,157.47 credit provided [Financial Security Assurance, Inc. ('Assured')] in August 2010," consistent with paragraph 6 of

the Order and Judgment and granting such other and further relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that answering papers, if any, shall be served in accordance with Rule 6.1 of the Local Rules for the Southern District of New York and the Federal Rules of Civil Procedure.

Dated:  December 13, 2012

_____
Jarrett M. Behar, Esq.
Sinnreich Kosakoff & Messina LLP
267 Carleton Avenue, Suite 301
Central Islip, New York 11722
p: (631) 650-1200
f:  (631) 650-1207

OF COUNSEL:

M. Norman Goldberger (admitted *pro hac vice*)
Laura E. Krabill (admitted *pro hac vice*)
Ballard Spahr LLP
1735 Market Street, 51st Fl.
Philadelphia, PA 19103
p: (215) 864-8848
f: (215) 864-9756

Attorneys for ESM Fund I, LP, Compass SAV LLC, Compass Offshore SAV PCC Ltd., and ESM Management LLC