

Jarrett M. Behar
Partner
JBehar@skmlaw.net

February 12, 2013

**Via Email (NathanNYSDChambers@nysd.uscourts.gov)**
**and First Class Mail**

Hon. Alison J. Nathan, U.S.D.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan
U.S. Courthouse
500 Pearl Street
New York, New York 10007

    Re:    *Wells Fargo Bank, N.A. v. ESM Fund I L.P.*,
              10 Civ. 7332 (S.D.N.Y.) (AJN) (MHD)

Dear Judge Nathan:

    This firm represents interpleader defendants and cross-claimants ESM Fund I, LP, Compass SAV LLC, Compass Offshore SAV PCC Ltd., and ESM Management LLC (the "ESM Parties") in the above-referenced action. On December 13, 2012, the ESM Parties moved for a supplemental award of attorneys' fees and costs in the additional amount of $402,508.55 representing the actual attorneys' fees and costs incurred by the ESM Parties on this matter since August 31, 2011 [Docket Nos. 170 through 172] (the "Supplemental Fee Motion"). The Supplemental Fee Motion was unopposed, and thus was fully briefed on that date.

    Accordingly, pursuant to section 3(H) of your Honor's Individual Practices in Civil Cases, the undersigned writes to alert the Court that the Supplemental Fee Motion has not been decided within 60 days of the date on which it was fully briefed.

    The undersigned is available at the Court's convenience should the Court have any questions.

                                                 Respectfully submitted,

                                                 Jarrett M. Behar

    cc:    Counsel for all parties and all *pro se* parties (via e-mail)