UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WELLS FARGO BANK, N.A.<br><br>        Interpleader Plaintiff,<br><br>  v.<br><br>ESM FUND I, LP, et al.,<br><br>        Defendants. | 10-CV-7332 (AJN) (MHD)<br><br>NOTICE OF INTERPLEADER DEFENDANTS ESM FUND I, LP, COMPASS SAV LLC, COMPASS OFFSHORE SAV PCC LTD., AND ESM MANAGEMENT LLC'S MOTION FOR RECONSIDERATION OR REARGUMENT PURSUANT TO LOCAL CIVIL RULE 6.3, OR, IN THE ALTERNATIVE, PURSUANT TO RULE 60(a)<br><br>ORAL ARGUMENT IS NOT REQUESTED |

       PLEASE TAKE NOTICE that, pursuant to Local Civil Rule 6.3 and Fed. R. Civ. P. 60(a), and in accordance with the Court's Individual Rules of Practice, upon the annexed declarations of Jarrett M. Behar and the supporting documentation attached as exhibits thereto, interpleader defendants ESM Fund I, LP, Compass SAV LLLC, Compass Offshore SAV PCC Ltd., and ESM Management LLC (the "ESM Parties") hereby move for reconsideration or reargument or, in the alternative, the correction of a clerical error in connection with the award of attorneys' fees and expenses to the ESM Parties in the Court's May 31, 2013 Order and granting such other and further relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that answering papers, if any, shall be served in accordance with Rule 6.1 of the Local Rules for the Southern District of New York and the Federal Rules of Civil Procedure.

Dated:  June 13, 2013                    /s/ Jarrett M. Behar
                                              Jarrett M. Behar, Esq. (JB-4983)
                                              Sinnreich Kosakoff & Messina LLP
                                              267 Carleton Avenue, Suite 301
                                              Central Islip, New York 11722
                                              p: (631) 650-1200
                                              f:  (631) 650-1207

OF COUNSEL:

M. Norman Goldberger (admitted *pro hac vice*)
Laura E. Krabill (admitted *pro hac vice*)
Ballard Spahr LLP
1735 Market Street, 51st Fl.
Philadelphia, PA 19103
p: (215) 864-8848
f: (215) 864-9756

                                              Attorneys for ESM Fund I, LP, Compass SAV LLC, Compass Offshore SAV PCC Ltd., and ESM Management LLC