```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: JUN 2 5 2013
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
WELLS FARGO BANK, N.A..,                                    :
                    Interpleader Plaintiff,                 :
                                                            :         10 Civ. 7332 (AJN)
        -v-                                                 :
                                                            :         ORDER
                                                            :
ESM FUND I, LP, ET AL,                                      :
                    Interpleader Defendants.                :
                                                            :
------------------------------------------------------------X

ALISON J. NATHAN, District Judge:

    Due to a clerical error, the Court's order on May 31, 2013, awarding fees to Interpleader Defendants ESM Fund I, LP, et al. (the "ESM Parties"), did not include $5,765.00 in fees and $6,192.08 in costs, both of which are sums that the ESM Parties were, in fact, entitled to recover. As a result, the Court concluded that the ESM Parties were only entitled to recover $295,390.92. To correct this error, it is hereby ORDERED that the total amount of fees and costs awarded pursuant to this Court's order on May 31, 2013, is $307,348.00.
    This order resolves the ESM Parties' motion to correct a clerical error, Dkt. No. 180.
    SO ORDERED.

Dated: June  25 , 2013
       New York, New York

                                                    _____
                                                              ALISON J. NATHAN
                                                           United States District Judge

1